UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

ERICA BRADLEY

        Plaintiff,

v.

H&M DEVELOPMENT, LLC, AND
BEACON TOWER OF AVENTURA
COMMERCIAL CONDOMINIUM ASSOC.,
INC.

        Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, H&M DEVELOPMENT, LLC ("H&M Development") and BEACON TOWER OF AVENTURA COMMERCIAL CONDOMINIUM ASSOCIATION, INC. ("Beacon Tower") by and through their undersigned attorneys, file this Notice of Removal pursuant to the Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and state as follows:

    1.    On April 10, 2019, Plaintiff filed the above-styled action in the Circuit Court of the 11th Judicial District of Florida as Case Number 2019-010892-CA-01. Plaintiff's claims arise from allegations of employment discrimination and civil rights violations.

    2.    Defendants provide this notice of removing the action from the 11th Judicial Circuit of Florida to this Court. Removal is proper under 28 U.S.C. § 1441(a) because the Court has federal question jurisdiction.

3. This notice has been timely filed within 30 days of service on Defendants as per 28 U.S.C. § 1446(b)(1).  All Defendants were served with a Summons and the Complaint April 16, 2019.

### Federal Question Jurisdiction

4. Pursuant to 28 U.S.C. § 1331, "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." A defendant may remove any "civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a).

5. Plaintiff's Complaint charges each defendant with one count of violating 42 U.S.C. § 1981.  The Court has original jurisdiction over these federal claims, allowing for removal of the action.

6. Plaintiff does not allege any violation of any state laws.

### Venue

7. Venue in the Miami division of the Southern District of Florida is proper.  Plaintiff was, for a short time, an employee of Defendant, Beacon Tower.  Plaintiff was never an employee of H&M Development.  Beacon Tower is a building located in Miami-Dade County, Florida.

### Attachment of State-Court Filings

8. In accordance with 28 U.S.C. § 1446(a), attached to this motion as Exhibit A are true and correct copies of all process, pleadings and orders that have been filed in the state court to date.

9. There are no motions or oppositions currently pending in the state court and therefore no copies to attach as otherwise required by Southern District, Fla. Local Rule 7.2.

10. In removing this action, Defendants do not waive any available defenses or admit any of the Complaint's allegations.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2019, a true and correct copy of the foregoing was filed electronically via CM/ECF, which will send an automatic e-mail message to the following parties: J. Freddy Perera, Esq., Perera Barnhart, 12555 Orange Drive, 2nd Floor, Davie, Florida 33330 freddy@pereralaw.com; valerie@pererabarnhart.com; brody@pereabarnhart.com; and waynice@perer@barnhart.com.

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants, Beacon Tower of Aventura Commercial Condominium Association, Inc. and H&M Development, LLC*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6415
Facsimile (305) 373-2294
Primary e-mail: frances.allegra@csklegal.com
Secondary e-mail: cody.german@csklegal.com
Alternate e-mail: ellie.wizzard@csklegal.com

By: s/ Frances P. Allegra
FRANCES P. ALLEGRA
Florida Bar No.: 881368
JOHN CODY GERMAN
Florida Bar No.: 58654

3131.0316-00/13769882